v.

The STATE of Texas, Appellee.

No. 28020.

Court of Criminal Appeals of Texas.

Feb. 1, 1956.

Charles William JONES, Appellant,

v.

The STATE of Texas, Appellee.

No. 28109.

Court of Criminal Appeals of Texas.

Feb. 29, 1956.

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is the possession of liquor for the purpose of sale in a dry area; the punishment, a fine of $200.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.